## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                  Case No. 2:23-cv-13130
                                                  Hon. Matthew F. Leitman

*ex rel.* PATRICIA LESKO and
BRAM LESKO,

        Plaintiffs/Relators,

vs.

LAFONTAINE MANAGEMENT, INC.,

        Defendant.

_____/

## ORDER TO UNSEAL CERTAIN DOCUMENTS

The United States having intervened in this action for settlement purposes pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the United States having requested the unsealing of certain documents, the Court rules as follows:

**IT IS HEREBY ORDERED** that the Relators' Complaint (ECF No. 1, PageID.1-21), the United States' Notice of Election to Intervene (ECF No. 17), and this Order be unsealed.

**IT IS FURTHER ORDERED** that all other contents of the Court's file in this action, filed and lodged to date, shall remain under seal and not be made public or served upon the defendants or any other person, as 31 U.S.C. § 3730(b)(3)

expressly authorizes these *in camera* filings to apprise the Court alone of the United States' investigation.

**IT IS FURTHER ORDERED** that the seal shall be lifted on all other matters occurring in this action after the date of this Order.

**IT IS SO ORDERED.**

> s/Matthew F. Leitman
> MATTHEW F. LEITMAN
> UNITED STATES DISTRICT JUDGE

Dated:   December 9, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2025, by electronic means and/or ordinary mail.

> s/Holly A. Ryan
> Case Manager
> (313) 234-5126